UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY A. MOORE,

    Plaintiff,

vs.

CITY OF DETROIT,

    Defendant.
_____/

Civil Action No.
07-CV-15282

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

This matter is presently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated July 15, 2008. In his R&R, Magistrate Judge Whalen recommends that the Court dismiss Plaintiff's Complaint as both barred by the doctrine of *res judicata* and as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff filed a motion for reconsideration on July 23, 2008. The Court will construe this motion as objections to the Magistrate Judge's R&R. Plaintiff's objections, however, are largely incomprehensible and do not specifically address the reasoning behind Magistrate Judge Whalen's recommendation that this case be dismissed. In any event, the Court has conducted a *de novo* review of this matter pursuant to FED. R. CIV. P. 72(b). The Court finds that Magistrate Judge Whalen correctly and thoroughly analyzed all of the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's recommendations as the findings and conclusions of the Court. Accordingly,

07-15282

IT IS ORDERED that Plaintiff's Complaint is dismissed as barred by the doctrine of *res judicata* and as frivolous under 28 U.S.C. § 1915(e)(2).

        S/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        CHIEF UNITED STATES DISTRICT JUDGE

Dated: August 4, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Chief Judge Friedman